**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CAMERON GOELLER,**

**Plaintiff,**

**v.** **Case No: 8:26-cv-732-MSS-AAS**

**LIFE SURGE LLC,**

**Defendant.**

---

**ORDER**

On August 14, 2026, the Parties filed a Joint Notice of FLSA Settlement, (Dkt. 19), informing the Court that the parties have reached a partial settlement of the claims in this matter. Such an agreement must be approved by the Court pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353–54 (11th Cir. 1982). Therefore, it is hereby **ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **STAYED** for **fourteen (14) days** from the date of this Order to allow the Parties to file a joint motion to approve proposed FLSA settlement agreement or, if appropriate, a motion requesting an extension of time to file the joint motion. See Lynn's Food Stores, 679 F.2d at 1353.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of August 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person