**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CAMERON GOELLER,**

**Plaintiff,**

**v.** **Case No: 8:26-cv-732-MSS-AAS**

**LIFE SURGE LLC,**

**Defendant.**

---

**ORDER**

Before the Court is the Report and Recommendation of Magistrate Judge Amanda Arnold Sansone, (Dkt. 24), recommending that the Court grant the Parties' Joint Motion for Approval of their Stipulation Settling Plaintiff's Claim for Attorneys' Fees and Costs. (Dkt. 23) The Parties seek approval of their agreement that Defendant will pay Plaintiff's counsel $28,000.00 for attorneys' fees and costs in this FLSA matter.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence

of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 24) is **CONFIRMED** and **ADOPTED** as part of this Order;

2. The Parties' Joint Motion for Approval of Stipulation Settling Plaintiff's Claim for Attorney's Fees and Costs, (Dkt. 23), is **GRANTED**; and

3. Defendant shall pay Plaintiff's counsel the total amount of $28,000.00 for attorney's fees and costs within 60 days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of October 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person